FILED by ___ D.C.

MAR 0 2 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MID CONTINENT CASUALTY CO.,

    Plaintiff,

vs.

ACTIVE DRYWALL SOUTH, INC., et al.,

    Defendants.
_____/

CASE NO. 10-20859-CIV-SEITZ/O'SULLIVAN

MID CONTINENT CASUALTY CO.,

    Plaintiff,

vs.

DESIGN DRYWALL OF SOUTH FLORIDA, LLC, et al.,

    Defendants.
_____/

CASE NO. 10-20861-CIV-SEITZ/O'SULLIVAN

MID CONTINENT CASUALTY CO.,

    Plaintiff,

vs.

JDM BUILDERS, INC., et al.,

    Defendants.
_____/

CASE NO. 10-20862-CIV-SEITZ/O'SULLIVAN

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was mediated over two days on February 24-25, 2011. Progress was made in an effort to achieve a global resolution as among Mid-

Continent Insurance Company, Lennar Homes, Inc. and specified installers (including but not limited to Active Drywall, Design Drywall, and JDM Builders).

I, together with counsel and the parties, remain committed to achieve a meditated resolution if at all possible for which a continuing effort is being made over the next several days.

Please consider this as an interim report and I will file another report on or before March 10, 2011.

Respectfully submitted,

*[signature]*

Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail this February 28, to the following:

Pedro E. Hernandez
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
*Counsel for Mid-Continent Casualty Company*

Charles A. Carlson
Thomas G. Long
Florida Bar No. 367321
tlong@barnettbolt.com
Charles A. Carlson
Florida Bar No. 716286
ccarlson@barnettbolt.com
Amy E. Stoll
Florida Bar No. 150959
astoll@barnettbolt.com
BARNETT, BOLT, KIRKWOOD,
LONG & MCBRIDE
601 Bayshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: 813-253-2020
Facsimile: 813-251-6711
*Counsel for Lennar Homes, LLC, f/k/a Lennar Homes, Inc., and U.S Home Corporation*

F. William Harvey
F. William Harvey
Florida Bar No. 342890
fwhlaw@aol.com
F. William Harvey, P.A.
5402 Red Cypress Lane
Tamarac, FL 33319
Telephone: (786) 201-5290
Fax: (954) 486-3206
*Counsel for Active Drywall South, Inc.*

_____
RODNEY A. MAX

3